JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GIL,<br><br>        Petitioner,<br><br>vs.<br><br>MATTHEW MARTEL, Warden,<br><br>        Respondent. | Case No. EDCV 08-300-GPS (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is summarily denied and this action is dismissed with prejudice.

DATED: May 8, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE